DWIGHT JOBE JR.
FULL NAME

N/A
COMMITTED NAME (if different)

RPDC P.O. BOX 710
FULL ADDRESS INCLUDING NAME OF INSTITUTION

RIVERSIDE, CA 92501

2022228767
PRISON NUMBER (if applicable)



FILED
CLERK, U.S. DISTRICT COURT
DEC 3 0 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DWIGHT JOBE JR.

PLAINTIFF,

v.

ET. AL

DEFENDANT(S).

CASE NUMBER  5:22-CV-02276-SPG-MAR
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? N/A

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

ATTN: U.S. CLERK OF COURT

I AM FILING A CIVIL §1983 —
I AM FILING PRO/SE — I AM IN CUSTODY IN RPDC JAIL, & DUE TO DEPUTIES THREATENING MY LIFE & REFUSING TO FILL OUT (CV-60P) I COULD NOT OBTAIN A COPY OF MY TRUST-ACCOUNT.
MY ADDRESS IN DOWN BELOW — MAY YOU PLEASE FILE ASAP & LET THE PRESIDING JUDGE KNOW PLEASE —
THANK YOU FOR YOUR TIME & ATTENTION.

DATE = 12/20/2022

NAME = DWIGHT JOBE
I.D. = 202225767
ADDRESS = RPDC
P.O. BOX 710
RIVERSIDE, CA 92501

a. Parties to this previous lawsuit:
   Plaintiff N/A _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not YES BUT GRIEVANCES NOT ANSWERED

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not GRIEVANCES NOT ANSWERED LIFE THREATEN

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff DWIGHT JOBE JR.
                                                          (print plaintiff's name)
who presently resides at RPDC JAIL _____,
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
BANNING, CA SCF JAIL _____
(institution/city where violation occurred)

---

CV-66 (7/97)                   **CIVIL RIGHTS COMPLAINT**                   Page 2 of 6

on (date or dates) __10/9/2022__, _____, _____.
                             (Claim I)                (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __HARRIS__ resides or works at
   (full name of first defendant)
   __SCF JAIL__
   (full address of first defendant)
   __SERGEANT__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __RESPONSIBLE FOR CARE OF ALL DETAINEES AT SCF__

2. Defendant __GRAJEDA__ resides or works at
   (full name of first defendant)
   __SCF JAIL__
   (full address of first defendant)
   __SERGEANT__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __RESPONSIBLE FOR CARE OF DETAINEES AT SCF__

3. Defendant __JONES__ resides or works at
   (full name of first defendant)
   __SCF JAIL__
   (full address of first defendant)
   __CORPORAL__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __RESPONSIBLE FOR SUPERVISING DETAINEES__

CIVIL RIGHTS COMPLAINT

4. Defendant **GARCIA** _____ resides or works at
   (full name of first defendant)
   **SCF JAIL** _____
   (full address of first defendant)
   **CORPORAL** _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **RESPONSIBLE FOR SUPERVISING DETAINEES**

5. Defendant **HANSON** _____ resides or works at
   (full name of first defendant)
   **SCF JAIL** _____
   (full address of first defendant)
   **DEPUTY SHERIFF** _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **RESPONSIBLE FOR SUPERVISING DETAINEES**

D. **CLAIMS*** 

**CLAIM I**

The following civil right has been violated:

1ST AMENDMENT RIGHTS TO BE FREE FROM RETALIATION: WAS VIOLATED BY ALL DEFENDANTS

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) CLAIM CONCERNS DEFENDANTS RETALIATING AGAINST PLAINTIFF FOR EXERCISING HIS 1ST AMENDMENT RIGHTS TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES.

2) PLAINTIFF WAS A PRETRIAL DETAINEE AT TIME OF DEFENDANTS ACT & IS CURRENTLY.

3) ON APPROX. 10/9/2022 AT SCF-PLAINTIFF SUBMITTED A GRIEVANCE ABOUT A DEPUTY THREATENING HIS LIFE & LOCKING HIM INSIDE HIS CELL.

4) DEFENDANTS CORPORAL JONES & GARCIA-RESPONDED TO THIS GRIEVANCE DOING THIS TRANSACTION-DEFENDANTS THREATEN PLAINTIFF LIFE FOR SUBMITTING.

5) DEFENDANT CORPORAL JONES STATED TO PLAINTIFF:

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

1/8

# FACTS

2/8

"YOU FUCKED UP & PISSED MY PARTNER OFF— NOW YOU PISSED ME OFF WITH THIS— FUCKING GRIEVANCE—I'M GOING TO MAKE YOUR LIFE A LIVING HELL TOO—DON'T BE SURPRISED IF DEATH COMES KNOCKING AT YOUR CELL."

6) DEFENDANT CORPORAL GARCIA STATED TO THE PLAINTIFF: "WE GONNA GET YOU ON THAT COUNTY TOUR & YOU'LL BE UP DEAD IN BLYTHE SOMEWHERE—KEEP IT UP WITH THESE GRIEVANCES—YOU'LL SEE."

7) COUNTY TOUR IS A TERM DEPUTIES USE WHEN THEY TRANSFER DETAINEES NONSTOP.

8) PLAINTIFF SUBMITTED A 2ND GRIEVANCE FOR A LT. ABOUT THE INITIAL GRIEVANCE AND DEFENDANTS CORPORAL JONES & GARCIA— LYING ABOUT PLAINTIFF GRIEVANCE RESPONSE ON APPROX. 10/9/2022.

9) DEFENDANT SGT. GRAJEDA TOOK THE GRIEVANCE SUBMITTED—REFUSED TO TURN IN GRIEVANCE TO A LT. & STATED TO PLAINTIFF: "I'M GONNA HANDLE THIS SHIT NOT A LIEUTENANT—DON'T YOU SUBMIT ANYMORE GRIEVANCES ABOUT IT EITHER OR YOUR FUCKED."

10) DEFENDANT SGT. GRAJEDA FURTHER STATED TO PLAINTIFF: "I'M GONNA SPEAK WITH

FACTS 3/8

MY DEPUTIES BUT DON'T BE SURPRISED IF THEY KEEP SEARCHING YOUR CELL- YOU KNOW WHAT HAPPENS WHEN YOU FILE GRIEVANCES."

11) ON APPROX. 10/20/2022 - DEFENDANTS SGT. HARRIS-CORPORAL JONES & GARCIA-CONDUCTED A RANDOM CELL SEARCH ON PLAINTIFF- DEFENDANT SGT. HARRIS ORDERED DEFENDANTS CORPORAL JONES & GARCIA-TO SEARCH PLAINTIFF CELL-ALONG WITH OTHER- DEPUTIES.

12) ONCE SEARCHED WAS OVER-PLAINTIFF RETURNED TO CELL TO FIND HIS FAMILY PICTURES THROWN ON THE FLOOR & STEPPED ON-PLAINTIFF IMMEDIATELY INFORMED- DEFENDANTS SGT. HARRIS & CORPORAL JONES & GARCIA ABOUT IT.

13) ALL (3) DEFENDANTS LAUGHED AT THE SITUATION & AFFIRMED WITH PLAINTIFF- IT WAS IN RETALIATION FOR SUBMISSION OF GRIEVANCES.

14) DEFENDANTS EACH STATED IN RESPONSE TO PLAINTIFF CONCERNS-SEPERATELY:
A) DEFENDANT SGT. HARRIS STATED: "THAT'S OUR STANDARD FOR ANYBODY WHO WANTS TO FILE GRIEVANCES."
B) DEFENDANT CORPORAL JONES STATED:

FACTS                                                                4/8

"TOLD YOU-YOU FUCKED UP-WE STILL GONNA HANDLE YOU LATER TO."
c) DEFENDANT CORPORAL GARCIA STATED:
"HOW DO YOU LIKE YOUR STAY IN HELL FILE PAPERS ON THAT."

15) LATER ON THAT DAY-DOING DAYROOM HOURS PLAINTIFF WAS LOCKED IN HIS CELL DENIED DAYROOM & CANTEEN/FOOD FOR THE NIGHT.
PLAINTIFF WAS ASSURED BY THE DEPUTY WHO LOCKED HIM IN-IT WAS FOR-FILING GRIEVANCES.

16) UNDER INFORMATION & BELIEF-DEFENDANTS SGT. HARRIS & OR CORPORALS JONES/GARCIA-ORDERED SUBORDINATES TO LOCK THE-PLAINTIFF IN HIS CELL-DUE TO SUBMISSION OF GRIEVANCES.

17) PLAINTIFF SUBMITTED A 3RD GRIEVANCE-ABOUT BEING TARGETED BY DEPUTIES-THIS DID NOT GO TO PROPER CHANNEL & WAS INTERCEPTED BY DEFENDANT SGT. GRAJEDA-WHO THREATEN PLAINTIFF LIFE FOR SUBMITTING.

18) DEFENDANT SGT. GRAJEDA STATED TO THE PLAINTIFF: "YOU STILL HAVEN'T LEARNED YOUR LESSON YET-YOUNG MAN IF YOU WANT TO LEAVE OUT THIS COUNTY ALIVE-

# FACTS 5/8

THEN STOP WITH THIS-LAST WARNING SIR."

19) DEFENDANT SGT. GRAJEDA FURTHER STATED: "YOUR GRIEVANCES WILL NEVER BE RESPECTED AT THIS JAIL-I WILL MAKE SURE THAT."

20) PLAINTIFF THEN FILED A CIVILIAN COMPLIANT WITH SHERIFF CHAD BIANCO ABOUT DEFENDANTS 1 TO 4 MISCONDUCT IN THIS COMPLIANT & A SUPERVISOR FROM SCF WAS TO SEE PLAINTIFF FOR & NEVER DID.

21) ON APPROX. 10/24/2022 - PLAINTIFF WAS INVOLVED IN A BUS ACCIDENT IN A RSO BUS-PLAINTIFF SUBMITTED A GRIEVANCE ABOUT NOT RECEIVING MEDICAL CARE - THIS WAS NEVER RESPONDED TO & UNDER INFORMATION & BELIEF DEFENDANT SGT. GRAJEDA ENSURED THAT HAPPENED.

22) ON APPROX. 11/24/2022 - PLAINTIFF WAS IN HOUSING DAYROOM - TO TAKE MEDICATION - DEFENDANT DEPUTY HANSON THREATEN TO KILL THE PLAINTIFF FOR LOOKING AT HIM.

23) DEFENDANT DEPUTY HANSON FURTHER THREATEN TO KILL PLAINTIFF - WHEN HE ASKED FOR A GRIEVANCE AGAIN TO FILE ON DEFENDANT CONDUCT. DEFENDANT DEPUTY HANSON STATED TO THE

# FACTS

6/8

PLAINTIFF: "FILE THAT SHIT & I WILL RAM YOUR HEAD INTO A FUCKING WALL."

24) PLAINTIFF WAS THEN LOCKED IN HIS CELL BY DEFENDANT DEPUTY HANSON- DENIED ACCESS TO A PHONE & SHOWER THAT DAY IN RETALIATION FOR ATTEMPTING TO SUBMIT A GRIEVANCE.

25) APPROX. 11/25/2022 PLAINTIFF SUBMITTED A 4TH GRIEVANCE ABOUT HIM BEING TARGETED BY RSO DEPUTIES- DEFENDANT SGT. HARRIS THREATEN TO KILL PLAINTIFF & TRANSFER HIM TO A JAIL WHERE HE WILL BE- SEARCHED DAILY BY DEPUTIES.

26) DEFENDANT SGT. HARRIS STATED TO THE PLAINTIFF: "WHY ARE YOU FILING GRIEVANCES- I'M NOT LETTING THEM GO- NOWHERE - YOU ARE STUPID & NEED A HOBBIE OR BETTER YET - A CHANGE OF SCENE - I'M SENDING YOU TO RIVERSIDE - WHERE YOU WILL HAVE YOUR CELL SEARCHED EVERYDAY - BETTER PRAY YOU SURVIVE."

27) APPROX. 4 HOURS LATER - PLAINTIFF WAS TRANSFERRED TO RIVERSIDE JAIL-RPDC & UNDER INFORMATION & BELIEF - DEFENDANT SGT. HARRIS MADE THIS HAPPEN.

# FACTS                                                  7/8

28) AT RPDC-PLAINTIFF IS SEARCHED 1 TO 3 TIMES A WEEK-UNDER INFORMATION & BELIEF-THIS IS DUE TO THE DEFENDANT SGT. HARRIS ENSURING THAT PLAINTIFF IS HARASSED.

29) PLAINTIFF RIGHTS TO ACCESS & SUBMIT GRIEVANCES IS PROTECTED UNDER THE 1ST AMENDMENT OF U.S. CONSTITUTION.

30) ALL DEFENDANTS CONSPIRED TO SILENCE PLAINTIFF FROM EXERCISING HIS 1ST AMENDMENT RIGHTS & ACTIONS TAKEN BY DEFENDANTS CHILLED THE PLAINTIFF FROM SUBMITTING FUTURE GRIEVANCES.

31) DEFENDANTS ACTIONS SERVED NO REASONABLE LEGITIMATE OBJECTIVE OF JAIL WERE ARBITRARY & MALICIOUSLY-DONE TO INFLICT TORTURE ON THE PLAINTIFF-CAUSING HIM TO SUFFER SEVERE PSYCHOLOGICAL INJURIES.

32) DEFENDANTS HAVE THRASH PLAINTIFF EFFORTS TO ACCESS A GRIEVANCE SYSTEM & TO SEEK REDRESS FOR.

33) THERE IS NO ADEQUATE GRIEVANCE PROCEDURE IN PLACE FOR PLAINTIFF TO SEEK ANY REMEDY UNDER RSO CURRENT CUSTODY & DUE TO RSO DEPUTIES-

FACTS                                        8/8

RETALIATORY ACTIONS OF THREATS OF PUNISHMENT-ATTEMPTING TO KILL INMATES-SEXUAL ABUSE UPON INMATES-PLAINTIFF HAS WITNESSED &OR HEARD ABOUT- IN TOTALITY WITH DEFENDANTS ACTIONS-HE IS IN FEAR FOR HIS LIFE FROM DEPUTIES & SUBMITTING A GRIEVANCE.

34) UNDER INFORMATION & BELIEF-THERE IS A CUSTOM OF RSO RETALIATING-AGAINST INMATES-FOR SUBMITTING A GRIEVANCE.

///

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1) GRANT DECLARATORY RELIEF DECLARING PLAINTIFF 1ST AMENDMENT RIGHTS AGAINST ALL DEFENDANTS.
2) GRANT A PERMANENT INJUNCTION AGAINST ALL DEFENDANTS TO CEASE ANY FURTHER RETALIATION ACTS UPON PLAINTIFF
3) REWARD PLAINTIFF PUNITIVE DAMAGES IN THE AMOUNT OF $3,000,000 — COMPENSATORY DAMAGES IN THE AMOUNT OF $2,000,000 AGAINST ALL DEFENDANTS JOINTLY & SEVERALLY.
4) GRANT A JURY TRIAL
5) ANY FURTHER RELIEF TO MEET THE ENDS OF JUSTICE.

12/18/2022
(Date)

(Signature of Plaintiff)



MERCADO
MAR

DWIGHT JOBE
#202228767
RPDC
P.O. BOX 710
RIVERSIDE, CA 92501

LEGAL
MAIL      ATTN: CLERK OF COURT U.S.
U.S. DISTRICT COURT
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012