NICOLE R. ROGGEVEEN, Bar No. 252587
nroggeveen@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:   (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendants Sergeant Harris,
Sergeant Grajeda, Corporal Jones,
Corporal Garcia, and Deputy Sheriff
Hanson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DWIGHT JOBE, JR,

             Plaintiff,

      v.

HARRIS, ET AL.,

             Defendants.

Case No. 5:22-cv-02276-SPG (MAR)

**STIPULATION AND JOINT REQUEST TO AMEND PRE-TRIAL SCHEDULING ORDER**

[*Proposed Order lodged herewith*]

Complaint Filed:        12/30/2022
Answer Filed:           12/22/2023
Trial Date:             6/23/2025

Hon. Sherilyn P. Garnett
United States District Judge

Hon. Margo A. Rocconi
United States Magistrate Judge

Trial Date:             6/23/2025

On November 6, 2024, the Court ordered the parties to file a proposed amended Pretrial Scheduling Order that extends the current deadlines affected by the continuance of the Motion for Summary Judgment briefing by not more than two (2) months. (ECF 67). Pursuant to the Court's Order, the parties hereby respectfully submit their Proposed Amended Pretrial Scheduling Order as follows:

STIPULATION AND JOINT REQUEST TO AMEND PRE-TRIAL SCHEDULING ORDER

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

| EVENT: | CURRENT DATE: | NEW DATE: |
|---|---|---|
| Jury Trial | 06/23/2025 | No change |
| Final Pre-Trial Conference | 06/04/2025 | No change |
| Last Date to hear Motion to Amend Pleadings | 07/17/2024 | No change |
| Fact Discovery Cut-Off | 08/02/2024 | No change |
| Expert Disclosure (Initial) | 08/02/2024 | No change |
| Expert Disclosure (Rebuttal) | 08/16/2024 | No change |
| Expert Discovery Cut-Off | 08/23/2024 | No change |
| Last Date to Hear MSJ | 11/20/2024 | 01/08/2025 |
| Last Date to File Joint Brief on MSJ | 10/23/2024 | 12/02/2024 |
| Last Date to Hear Daubert Motions | 04/09/2025 | No change |
| Deadline to Complete Settlement Conference | 04/30/2025 | No change |
| Trial Filings (first round) | 05/07/2025 | No change |
| Trial Filings (second round) | 05/21/2025 | No change |

Dated:  November __13__, 2024        **BOND LAW LEGAL GROUP**

                                      By: _____
                                          Royal DL Bond
                                          Attorneys for Plaintiff Dwight Jobe, Jr.

Dated:  November _14_, 2024          **COLE HUBER LLP**

                                      By: _____
                                          Nicole R. Roggeveen
                                          Attorneys for Defendants

        Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION AND JOINT REQUEST TO AMEND PRE-TRIAL SCHEDULING ORDER

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DWIGHT JOBE, JR,

        Plaintiff,

    v.

HARRIS, ET AL.,

        Defendants.

Case No. 5:22-cv-02276-SPG (MAR)

**[Proposed]**
**ORDER APPROVING REQUEST TO AMEND PRE-TRIAL SCHEDULING ORDER**

| | |
|---|---|
| Complaint Filed: | 12/30/2022 |
| Answer Filed: | 12/22/2023 |
| Trial Date: | 6/23/2025 |

Hon. Sherilyn P. Garnett
United States District Judge

Hon. Margo A. Rocconi
United States Magistrate Judge

Trial Date:       6/23/2025

     In accordance with the Order of this Court on November 6, 2024 (ECF 67) and good cause having been shown, the parties' request to amend the pre-trial scheduling order is APPROVED. The schedule contained in the Court's Civil Pre-Trial Schedule and Trial Order issued on June 18, 2024 (ECF 56) is hereby amended as follows:

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

| EVENT: | CURRENT DATE: | NEW DATE: |
|---|---|---|
| Jury Trial | 06/23/2025 | No change |
| Final Pre-Trial Conference | 06/04/2025 | No change |
| Last Date to hear Motion to Amend Pleadings | 07/17/2024 | No change |
| Fact Discovery Cut-Off | 08/02/2024 | No change |
| Expert Disclosure (Initial) | 08/02/2024 | No change |
| Expert Disclosure (Rebuttal) | 08/16/2024 | No change |
| Expert Discovery Cut-Off | 08/23/2024 | No change |
| Last Date to Hear MSJ | 11/20/2024 | 01/08/2025 |
| Last Date to File Joint Brief on MSJ | 10/23/2024 | 12/02/2024 |
| Last Date to Hear Daubert Motions | 04/09/2025 | No change |
| Deadline to Complete Settlement Conference | 04/30/2025 | No change |
| Trial Filings (first round) | 05/07/2025 | No change |
| Trial Filings (second round) | 05/21/2025 | No change |

Except as modified by this Order, all other provisions of the Court's Civil Pre-Trial Schedule  and Trial Order issued on June 18, 2024 remain unchanged and in effect.

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Hon. Sherilyn P. Garnett
UNITED STATES DISTRICT JUDGE

ORDER APPROVING REQUEST TO AMEND PRE-TRIAL SCHEDULING ORDER